IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL DAVIS TERRY**                                 **PETITIONER**

**4:20CV01440 JM/PSH**

**STATE OF ARKANSAS**                                    **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 14th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE